AL GREEN v. DAVID D. DONIGER, a New York Corporation.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ. [See *ante*, p. 476.]

CITY BANK FARMERS TRUST COMPANY, as Trustee under Deed of Trust Made by ANNIE M. DEL DRAGO, Appellant-Respondent, v. ANNIE M. DEL DRAGO, Individually and as Executrix of FRANCES L. WALLACE, Deceased, Respondents-Appellants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See *ante*, p. 979.]

In the Matter of MICHAEL B. ATKINS et al., Appellants, against HERMAN T. STICHMAN, as Commissioner of Housing of the State of New York, et al., Respondents.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See *ante*, p. 926.]

In the Matter of the Probate of the Will of MABEL S. GREER, Deceased. BANK OF NEW YORK AND FIFTH AVENUE BANK (Formerly FIFTH AVENUE BANK OF NEW YORK) et al., Appellants; PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, as Administrator of the Estate of WILLARD SEYMOUR, also known as WILLARD BLOSSOM SEGUR, JR., etc., Deceased, et al., Respondents.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See *ante*, p. 981.]

BARDONS AND OLIVER, INC., v. AMTORG TRADING CORPORATION.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See *ante*, p. 982.]

ECCO HIGH FREQUENCY CORPORATION v. AMTORG TRADING CORPORATION.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See *ante*, p. 982.]